NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7128

ROBERT A. TEXTER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2635, Judge Ronald M. Holdaway.

ON MOTION

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

PER CURIAM.

O R D E R

Upon consideration of Robert A. Texter's motion for reconsideration of the court's order dismissing his appeal for lack of jurisdiction,

IT IS ORDERED THAT:

(1)    The motion is denied.

(2)    The revised official caption is reflected above.

FOR THE COURT

**MAR 1 6 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2009

JAN HORBALY
CLERK

cc:    Robert A. Texter
       Leslie Cayer Ohta, Esq.
s19